No. 2747. Dones, Peticionario-Apelante v. Benítez, Apelado.—No. 2748. Paz, Peticionario-Apelante, v. López, Apelado.—No. 2749. Ferrer, Peticionario-Apelante, v. Camuñas, Apelado.—No. 2750. Robles, Peticionario-Apelante, v. López, Apelado.—Corte de Distrito de Humacao. *Mandamus.* Resuelto en mayo 31, 1922. Examinadas las mociones de las partes apeladas sobre desestimación de apelación y las certificaciones que se acompañan, se resuelven de conformidad y se desestiman las apelaciones.

Nos. 365 y 366. San Juan Racing & Sporting Club, Peticionario, v. La Corte de Distrito de San Juan, Hon. Charles E. Foote, Juez, Demandado.—(Primer Distrito.) Autos de *certiorari.* Resueltos en junio 1, 1922. Habiéndose suscitado las mismas cuestiones que se proponen en otro procedimiento entre las mismas partes, pendiente de resolución, se declara no haber lugar a librar el auto.

Nos. 1941 y 1943. El Pueblo, Apelado, v. Mulero, Apelante.—Corte de Distrito de Humacao. Infracción a la ley de arbitrios. Resueltos en junio 2, 1922. Teniendo en cuenta los alegatos escritos y orales así como la prueba practicada en el juicio, la cual se considera suficiente, se confirman las sentencias respectivas.

No. 2786. Archilla, Apelante, v. Romeu, Apelado.— Corte de Distrito de San Juan, Primer Distrito. Retracto. Resuelto en junio 5, 1922. Vista la moción del apelante sobre desistimiento de apelación y la certificación que se acompaña se resuelve de conformidad y se tiene por desistido.